THE HAWKEYE INSURANCE COMPANY v. LEWIS ET AL.

1. **Appeal to Supreme Court:** LESS THAN $100: CERTIFICATE NOT SELF-INTELLIGIBLE: APPEAL DISMISSED. Where a cause involves less than $100, the rules of this court require that the certificate of the trial judge, in order to give the appellate court jurisdiction, shall state the questions to be decided in such a way as to be intelligible in and of themselves. Where this is not done, the appeal will be dismissed.

*Appeal from Polk Circuit Court.*

FRIDAY, APRIL 25.

*Wm. Philips*, for appellants.

*R. W. Barger*, for appellee.

PER CURRIAM.—This action involves less than $100. The questions certified to us for determination, and by which we are required to take jurisdiction of the appeal, are as follows:

"*First*, Whether the said garnishee should, under the law, be required to make answer to certain questions which he declined to answer, as shown in said report of the commissioners, and others of like import; and,

"*Second*, Whether, upon refusal of C. H. Colby to answer, judgment may be entered against the Phœnix Insurance Company for the amount of the judgment against the judgment debtor, Lewis; and,

"*Third*, Whether the said judgment order as a whole was lawful and authorized by law, under the admitted facts of the case."

We have repeatedly held, and the rules of this court require, that the certificate in this class of cases must point out the questions upon which it is desirable to have the opinion of this court in such a way as to be intelligible in and of themselves. The above certificate requires us to examine the whole case to determine what the questions are, and in this state of the record we cannot entertain the appeal.

APPEAL DISMISSED.